

KAUFF McGUIRE & MARGOLIS LLP

950 THIRD AVENUE · FOURTEENTH FLOOR
NEW YORK, N.Y. 10022

SHELBY A. SILVERMAN
DIRECT DIAL: (212) 909-0728
DIRECT FAX: (212) 909-3528
SILVERMAN@KMM.COM

TELEPHONE (212) 644-1010
FACSIMILE (212) 644-1936

NEW YORK
LOS ANGELES
WWW.KMM.COM

February 25, 2013

**BY ECF AND FACSIMILE**

The Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

      Re: *Lorri Zahler v. Empire Merchants, LLC
           and Liquor Salesmen's Union Local 2-D*
           Case No. 11-CV-03163 (JG) (CLP)
           KM&M File No. 11831.0001

Dear Judge Pollak:

      This firm represents Empire Merchants, LLC ("Empire") in the above-captioned matter. Due to an unavoidable scheduling conflict with another federal litigation, Empire writes to request an adjournment of the conference scheduled for Wednesday, March 13, 2013, at 11:00 a.m. This is Empire's first request for an adjournment of the conference. Counsel for Plaintiff and the Union consent to this request.

      Additionally, due to unanticipated events, the parties have agreed to depose Plaintiff on March 8th and March 21st. In light of the Passover and Easter holidays at the end of March, the parties request that the conference be rescheduled for the beginning of April.

4812-5031-1698.1

**KM&M**
KAUFF McGUIRE & MARGOLIS LLP

The Honorable Cheryl L. Pollak
February 25, 2013
Page 2

      Thank you in advance for your consideration.

                          Respectfully submitted,

                          Shelby A. Silverman

cc:    J. Warren Mangan, Esq. (Counsel for the Union, by ECF)
       Barbara Mehlsack, Esq. (Counsel for the Plaintiff, by ECF)

4812-5031-1698.1